```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorneys
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/2652
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov
                jason.pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. BILZERIAN, et al.,<br>(1) PAUL A. BILZERIAN,<br>(2) SCOTT ROHLEDER, and<br>(3) IGNITE INTERNATIONAL<br>    BRANDS, LTD.,<br><br>Defendants. | No. CR 24-569-MEMF<br><br>STIPULATION REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:**<br>December 23, 2024<br>**PROPOSED TRIAL DATE:**<br>March 10, 2025<br><br>**CURRENT STATUS CONFERENCE DATE:**<br>November 22, 2024<br>**PROPOSED STATUS CONFERENCE DATE:**<br>January 9, 2025 |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Alexander B. Schwab and Jason C. Pang, and defendant Ignite International Brands, Ltd. ("defendant Ignite"), both individually and by and through its counsel of record, Ashwin J. Ram, and defendant Scott Rohleder

("defendant Rohleder"), both individually and by and through his counsel of record, Jesse A. Gessin, hereby stipulate as follows:

1. The Indictment in this case was filed on September 26, 2024. Defendants Ignite and Rohleder first appeared before a judicial officer of the court in which the charges in this case were pending on October 28, 2024. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before January 6, 2025. An arrest warrant has been issued for defendant Paul Bilzerian, and he has not yet appeared in this case.

2. On October 28, 2024, the Court set a trial date of December 23, 2024, and a status conference for November 14, 2024. On November 5, 2024, the Court continued the status conference to November 22, 2024.

3. Defendants Ignite and Rohleder are released on bond pending trial. The parties estimate that the trial in this matter will last approximately one month. All defendants are currently joined for trial and a severance has not been granted. Defendants Ignite and Rohleder anticipate seeking a severance on the briefing schedule set forth below should the matter proceed to trial.

4. By this stipulation, the parties jointly move to continue the trial date to March 10, 2025, and the status conference to January 9, 2025. Defendants Ignite and Rohleder also move to set a pretrial conference date for March 6, 2025.

5. The parties also request the following briefing schedule:
   a. All pretrial motions shall be filed no later than February 4, 2025.
   b. All responses/oppositions to any such motions shall be filed no later than February 18, 2025.

      c.    Any reply briefs shall be filed no later than February 27, 2025.

   6.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

      a.    All defendants are charged with conspiracy to defraud the United States, in violation of 18 U.S.C. § 371, conspiracy to commit wire fraud and fraud in the connection with the purchase and sale of securities, in violation of 18 U.S.C. § 371, and wire fraud in violation of 18 U.S.C. § 1343.  In addition, defendant Rohleder is charged with assisting in the preparation of a false tax return, in violation of 26 U.S.C. § 7206(2).  The government has produced over 350 pages of interview reports to the defense.  The government is currently preparing to produce an additional 475,000 documents spanning over 1.2 million pages, and expects to produce that additional discovery in the next few weeks.  The government has received hard drives for discovery from one defendant and expect to receive hard drives for another defendant soon.

      b.    Due to the nature of the prosecution, including the charges in the indictment and the voluminous discovery to be produced to defendants Ignite and Rohleder, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

      c.    Defense counsel are presently scheduled to be in trials indicated in Exhibit A.  Accordingly, counsel represent that they will not have the time that they believe is necessary to prepare to try this case on the current trial date.

d. In light of the foregoing, counsel for defendants Ignite and Rohleder also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Defendants Ignite and Rohleder believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

f. The government does not object to the continuance.

g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

7. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of November 7, 2024 to March 10, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy

4

trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: November 11, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/
ALEXANDER B. SCHWAB
JASON C. PANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am Ignite International Brands, Ltd.'s attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client's authorized representative.  I have fully informed my client's authorized representative of my client's Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than March 10, 2025 is an informed and voluntary one.

| (via email authorization) | November 8, 2024 |
|---|---|
| ASHWIN J. RAM<br>Attorney for Defendant<br>IGNITE INTERNATIONAL BRANDS, LTD | Date |

I, __Ashwin J. Ram__, have the authority to act on behalf of Ignite International Brands, Ltd., including entering into this agreement on Ignite International Brands, Ltd.'s behalf.  I have read this stipulation and have carefully discussed it with Ignite International Brands, Ltd.'s attorney.  I understand Ignite International Brands, Ltd.'s Speedy Trial rights.  Ignite International Brands, Ltd. voluntarily agrees to the continuance of the trial date, and gives up its right to be brought to trial earlier than March 10, 2025.

| (via email authorization) | November 8, 2024 |
|---|---|
| Representative of IGNITE<br>INTERNATIONAL BRANDS, LTD<br>Defendant | Date |

I am Scott Rohleder's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than March 10, 2025 is an informed and voluntary one.

_____  November 8, 2024
JESSE A. GESSIN             Date
Attorney for Defendant
SCOTT ROHLEDER

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than March 10, 2025. I understand that I will be ordered to appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 10, 2025, at 8:30 a.m.

_____  11/8/2024
SCOTT ROHLEDER              Date
Defendant

7