1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>PAUL A. BILZERIAN, et al.,<br> (1) PAUL A. BILZERIAN,<br> (2) SCOTT ROHLEDER, and<br> (3) IGNITE INTERNATIONAL<br>     BRANDS, LTD.,<br><br>       Defendants. | No. CR 24-569-MEMF<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE:** May 19, 2025 |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 11, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.[1]

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from December 23, 2024, to May 19, 2025. The pretrial conference is set for May 7, 2025.

2. The parties are ORDERED to meet and confer regarding a briefing schedule for motions in limine or other motions as necessary, and to file a joint status update by no later than January 25, 2024:

    a. The Court will hold a hearing on pretrial motions (including motions in limine) on April 25, 2024.

    b. Replies must be filed no later than April 11, 2024.

---

[1] The Court also heard from the parties at the Initial Status Conference in this matter. Upon learning that the parties' requested trial date of March 10, 2025, was not available on the Court's calendar, the parties agreed to the new trial date of May 19, 2025.

2

3. The time period of November 7, 2024 to May 19, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

4. Defendant Scott Rohleder shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 19, 2025, at 8:30 a.m., for trial, on May 7, 2025, for a final pretrial conference, and on April 25, 2025, for a hearing on pretrial motions.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

6. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents no later than May 1, 2025:

    a. Trial memorandum;
    b. Witness list;
    c. Exhibit list;
    d. Case-specific glossary for the Court Reporter;
    e. Joint jury instructions in the form described below;
    f. Joint proposed verdict form; and
    g. Proposed voir dire questions, if any.

IT IS SO ORDERED.

December 2, 2024
_____      _____
DATE                                                                    MAAME EWUSI-MENSAH FRIMPONG
                                                                                    UNITED STATES DISTRICT JUDGE