Ashwin Ram (SBN 277513)
aram@steptoe.com
Sonja Arndt  (SBN 322728)
sarndtjohnson@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599

Attorneys for Defendant
IGNITE INTERNATIONAL BRANDS, LTD.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00569-MEMF |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong |
| v. | **JOINT STIPULATION TO CONTINUE DATE ON DEFENDANTS' MOTION TO DISMISS AND SET BRIEFING SCHEDULE** |
| IGNITE INTERNATIONAL BRANDS, LTD, et al. | |
| Defendants. | Indictment Date: Sept. 26, 2024<br>Trial Date:           May 19, 2025 |

Defendants Ignite International Brands, LTD ("Ignite") and Scott Rohleder (collectively "Defendants"), by and through counsel of record, and plaintiff, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander Schwab and Jason Pang, hereby stipulate as follows:

1. On December 9, 2024, the parties met to discuss the government's case and explore the possibility of a case resolution.

2. Following the December 9, 2024 meeting, the parties continued to engage in discussions of the merits of the case, including through presentations by counsel for Ignite to the government on January 14, 2025 and February 10, 2025.

3. As a result of the presentations and related ongoing discussions, the parties have made substantial progress in discussing the a potential resolution to the case and intend to continue those discussions during the week of March 3.

4. In light of the foregoing, and in furtherance of the parties attempting to reach a negotiated resolution to the case, the parties jointly agree that good cause exists to adjust the motions schedule, and respectfully request that the filing deadlines for Defendants' motion to dismiss, the government's response, and the parties' motions *in limine* be continued as follows:

**Current Schedule:**

March 6, 2025: Deadline to file dispositive motions, including motion to dismiss.

March 20, 2025: Deadline to file responses to dispositive motions.

March 27, 2025: Deadline to file replies to dispositive motions.

March 28, 2025: Deadline to meet and confer on motions in limine.

April 2, 2025: Deadline to file motions in limine.

May 7, 2025, 9:00 a.m.: Hearing on motions in limine at pretrial conference.

**Proposed New Schedule**

March 11, 2025: Deadline to file dispositive motions, including motion to dismiss.

March 25, 2025: Deadline to file responses to dispositive motions.

March 28, 2025: Deadline to meet and confer on motions in limine.

April 2, 2025: Deadline to file motions in limine.

April 4, 2025: Deadline to file replies to dispositive motions.

May 7, 2025, 9:00 a.m.: Hearing on motions in limine at pretrial conference.

Dated: March 4, 2025                    Respectfully submitted,

**STEPTOE LLP**

*/s/ Ashwin Ram*_____
Ashwin J. Ram
Sonja Arndt

*Attorneys for Defendant IGNITE*

**GESSIN LTD**

*/s/ Jesse Gessin*_____
Jesse Gessin
Reuben C. Cahn

*Attorneys for Defendant Scott Rohleder*

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Alexander B. Schwab*____
Alexander B. Schwab
Jason C. Pang

*Assistant United States Attorneys*
*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*