1 | BILAL A. ESSAYLI
Acting United States Attorney
2 | CHRISTINA T. SHAY
Assistant United States Attorney
3 | Chief, Criminal Division
MIKAELA WYNNE GILBERT-LURIE (Cal. Bar No. 337339)
4 | Assistant United States Attorney
General Crimes Section
5 |      1200 United States Courthouse
       312 North Spring Street
6 |      Los Angeles, California 90012
       Telephone: (213) 894-5615
7 |      Facsimile: (213) 894-0141
       E-mail:    mikaela.gilbert-lurie@usdoj.gov
8

9 |                  UNITED STATES DISTRICT COURT

10 |             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          No. **See Attachment A**

12 |           Plaintiff,

13 |                v.                  NOTICE OF DEPARTURE FROM THE
                                       UNITED STATES ATTORNEY'S OFFICE;
14 | **See Attachment A**,              ATTACHMENT A

15 |           Defendant.

16

17

18 |      Plaintiff, United States of America, hereby advises the

19 | court that **MIKAELA WYNNE GILBERT-LURIE** is departing the United

20 | States Attorney's Office, and all of the cases in **Attachment A**

21 | should have the contact information replaced with the generic

22 | USAO email used for docketing.

23

24

25

26

27

28

1    Dated: September 2, 2025          Respectfully submitted,

2                                      BILAL A. ESSAYLI
                                       Acting United States Attorney
3
                                       CHRISTINA T. SHAY
4                                      Assistant United States Attorney
                                       Chief, Criminal Division
5

6                                        /s/ *Mikaela Wynne Gilbert-Lurie*
                                       MIKAELA WYNNE GILBERT-LURIE
7                                      Assistant United States Attorney

8                                      Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT  A

```
 1   2-25-cr-30-1
     2-25-cr-77-1
 2   2-21-cr-396-1
     2-25-cr-110-1
 3   2-25-cr-110-2
     2-23-cr-368-1
 4   2-25-cr-44-1
     2-25-mj-765-1
 5   2-25-cr-163-1
     2-24-cr-749-1
 6   2-25-cr-178-1
     2-24-cr-569-2
 7   2-24-cr-569-1
     2-24-cr-569-3
 8   2-25-cr-208-1
     2-25-cr-214-1
 9   2-24-cr-538-1
     2-25-cr-239-1
10   2-21-cr-274-1
     2-19-cr-246-2
11   8-25-cr-57-1
     2-25-cr-289-1
12   2-12-cr-1201-1
     2-18-cr-611-1
13   2-25-cr-289
     2-25-cr-325-1
14   2-23-cr-187-1
     2-25-cr-342-1
15   2-25-mj-846-1
     2-25-cr-28-1
16   2-25-cr-343-1
     2-25-mj-3032
17   2-25-mj-3032-1
     2-25-cr-371-1
18   8-25-cr-57
     2-19-cr-246
19   2-25-mj-1233-1
     2-25-mj-3375
20   2-25-mj-3376
     2-25-mj-3375-1
21   2-25-mj-3376-1
     2-25-cr-383-1
22   2-25-mj-3157-1
     2-25-cr-352-1
23   2-25-cr-408-1
     2-25-cr-437-1
24   2-25-cr-465-1
     2-25-mj-3522-1
25   2-25-cr-225
     2-24-cr-287-1
26   2-25-cr-28
     2-25-cr-225-1
27   2-09-cr-445-40
     5-24-cr-103-1
28   2-24-cr-541-1
```

2-24-cr-541-3
2-25-cr-505-1
2-25-cr-30
2-09-cr-445-40