Paul A. Bilzerian, *Pro Se*
P.O. Box 2086
Basseterre, St. Kitts
The Residences
Frigate Bay, St. Kitts
(869) 466-8000
pabilzeria@aol.com

FILED

CLERK, U.S. DISTRICT COURT

10/29/25

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 2:24-cr-00569-MEMF |
| Plaintiff, | ) |
| | ) Hon. Maame Ewusi-Mensah Frimpong |
| v. | ) |
| | ) **PAUL A. BILZERIAN'S NOTICE OF APPEARANCE, DEMAND FOR SPEEDY TRIAL AND MOTION FOR AN ORDER DIRECTING THE US ATTORNEY TO REQUEST THE STATE DEPARTMENT TO GRANT HIS APPLICATION FOR A VISA TO ENTER THE UNITED STATES TO ATTEND THE TRIAL IN THIS CASE** |
| PAUL A. BILZERIAN, et. al, (2) SCOTT ROHLEDER (3) IGNITE INTERNATIONAL BRANDS, LTD. | ) |
| Defendants. | ) |

Proposed Hearing Date: XX
Trial date: January 12, 2026

_____

I, Paul A. Bilzerian, hereby advise this Honorable Court that I am aware of an indictment brought against me in this case and hereby give notice of my appearance and desire to attend the trial in this case in order to represent myself to defend the charges against me.

As a matter of background, when I became aware of the indictment, I applied for a visa to gain entry to the United States so that I could appear before this court on or before May 19, 2025 (the prior trial date) to plead not guilty and defend myself.

In March 2025, I asked counsel for Ignite to contact the US Attorney's Office to let them know that I was more than willing to come to the United States to stand trial, testify and clear my name. Counsel for Ignite hired attorney Ron Hedding who

1    contacted the US Attorney's Office and spoke to AUSA Jason Pang after which I

2    spoke with Mr. Hedding who advised me of his conversation with Mr. Pang on

3    March 14, 2025.  The following is a true and correct transcript of the email I sent to

4    Mr. Hedding after our call:

5        "Just confirming our discussion from Friday.  You are to advise Schwab that

6    I am happy to provide a financial statement and for them to provide you with the

7    form they would like me to use.  Also, as I will be flying into Miami with my wife,

8    I would like to make sure they agree to process me upon entry.  We can agree on a

9    date for me to travel to the US.  I will be able to give them flight information so they

10    can arrange to meet me when I process through Immigration and customs.  I will

11    likely arrive around 6:00 pm EDT as that is the schedule from St. Kitts.  I will spend

12    the night in Miami and then fly to California to be arraigned.  I will surrender my

13    passport and after arraignment I will stay in Minnesota with my wife's family until I

14    have to appear for trial.  By the way, I have never failed to appear for any court

15    hearing in my life."

16        On March 19, 2025, Mr. Pang sent Mr. Hedding an email and an onerous

17    financial statement form that he asked me to complete.

18        On March 20, 2025, Mr. Hedding responded to Mr. Pang and wrote:

19        "AUSA Pang,

20        I think something was lost in translation here with respect to the bail

21    conditions for Paul Bilzerian, who is going out of his way to secure a VISA and

22    voluntarily appear for trial, including waiving service of the indictment (which was

23    defective) and waiving extradition.  There is no need for any bond to secure his

24    appearance under these circumstances as there is a zero - naye, negative - flight risk.

25        You requested that we fill out a particular financial form, but that is irrelevant

26    under the circumstances where flight issues are entirely mitigated by Paul's

27

28

2

herculean efforts to appear for trial voluntarily. Nor is danger to the community even an applicable consideration to evaluate based on the historical financial crimes alleged in the indictment.

In addition, the form you provided me for Paul to fill out is to assess a Bond. As you know, Paul has made numerous disclosures to government agencies about his lack of assets. So even if a bond were relevant (it is not), Paul has no means to provide anything other than an unsecured bond in a nominal amount. To that end, we are willing to provide you with a financial disclosure Paul submitted to another government agency approximately 8 months ago -- which confirms his utter lack of assets -- if you commit to O/R or a nominal unsecured bond.

Please let us know if you agree to O/R or a nominal unsecured bond. Otherwise, we will have to raise this issue with the Court."

On March 27, 2025, Mr. Pang responded to Mr. Hedding and stated:

"We're not going to agree to O.R. release or a "nominal" bond amount in advance. Thanks."

**I.  I Have Never Been Served With the Indictment**

Despite the fact that the government knew exactly where I was living, the government has never attempted to serve me with the indictment. It should be noted that the Securities and Exchange Commission (SEC), which coordinated the filing of its civil complaint with the US Attorney's Office filing of the indictment and filed its civil complaint contemporaneously with the filing of this indictment, had no trouble serving me with its complaint, which I have answered.

Now my only interest is to be able to voluntarily enter the United States, surrender my passport, be arraigned with bail conditions that allow me to be released on my own recognizance (I have never failed to appear in any court proceeding in the world) and resolve this case. No honest person could consider me a danger to

the community and no rational, fair-minded person would consider me a flight risk under the present circumstances.

## II. I HEREBY DEMAND A SPEEDY TRIAL

I hereby demand my constitutional and statutory right to a speedy trial and my rights under The Speedy Trial Act and specifically object to any delay between the filing of the indictment, the service of the indictment and arraignment, and the trial, and all other relevant time periods.

## III.  I Respectfully Ask the Court to Direct the Government to Ask the State Department to Approve My Application for a Visa.

Under the circumstances of this case, the State Department should provide me with a visa.  I was born in the United States, volunteered to serve in the United States Army in 1968, and volunteered to serve in the Central Highlands of Vietnam in 1970 where the fighting was the most intense.  I received a Vietnamese Gallantry Cross, a Bronze Star and an Army Commendation Medal as a first lieutenant for serving with the Fourth Infantry Division and other commands.

Unfortunately, my extraordinary patriotism and willingness to give my life to defend the American government, was not appreciated by Rudy Gulliani while he was serving as the United States Attorney for the Southern District of New York where he indicted and served me with a fabricated indictment on Christmas Eve 1988.  I demanded a speedy trial, like I will do in this case, and discovered to my great surprise that innocent men can be convicted, especially if the prosecutors have the power to suborn perjury and threaten witnesses to lie or be severely punished.

I have made many mistakes in my life, but none has been more painful than believing in the goodness and decency of the US government, its lawyers and the federal judicial system.  When I finally realized justice for me was not possible, with

4

the greatest of reluctance, sadness and disappointment, I renounced my United States

citizenship in 2019 and have not set foot in the United States since.

      If I cannot obtain a visa to enter the United States then I will ask this Court to

issue an order that will allow me to have an official of the St Kitts government escort

me to this Court where I can be arraigned, surrender my passport, and be released

on my own recognizance to be with my wife and family through trial.

      It is my intention to represent myself at trial and throughout all related legal

proceedings as I am currently doing in the related case brought by the SEC.

DATED: October 29, 2025              Respectfully submitted,

_____

Paul A. Bilzerian

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of Paul A. Bilzerian's Answer to Complaint

3     was filed with the Clerk of the United States District Court for the Central District of California

4     by using the CM/ECF system. All parties were served electronically by the CM/ECF system on

5     this 29th day of October 2025.

6

7

8     _____
      Paul A. Bilzerian

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28