# Exhibit D

| | |
|---|---|
| **From:** | Pang, Jason (USACAC) |
| **To:** | David Schoen; Lachman, David (USACAC); Nina Marino; Moriah Radin; Simon Schoen; Chandran, Nisha (USACAC) |
| **Subject:** | RE: [EXTERNAL] U.S. v. Bilzerian - Your position on a prospective motion |
| **Date:** | Wednesday, October 29, 2025 11:25:41 AM |

Hi David:

The government opposes the motion.  If you or your client are in contact with Mr. Bilzerian, and he is willing to make himself available at trial, the government is happy to facilitate his transportation to the United States for his personal appearance at trial.

**From:** David Schoen <schoenlawfirm@gmail.com>
**Sent:** Wednesday, October 29, 2025 8:59 AM
**To:** Pang, Jason (USACAC) <Jason.Pang@usdoj.gov>; Lachman, David (USACAC) <David.Lachman@usdoj.gov>; Nina Marino <Marino@kaplanmarino.com>; Moriah Radin <radin@kaplanmarino.com>; Simon Schoen <simon@schoenlawfirm.com>; David Schoen <Schoenlawfirm@gmail.com>
**Subject:** [EXTERNAL] U.S. v. Bilzerian - Your position on a prospective motion

Dear Mr. Pang:

Defendants Ignite and Rohleder intend to file a motion asking the court for permission to call Mr. Bilzerian as a witness at trial via live stream video since it does not appear that he will be present at the trial and we believe his testimony is essential to the defense of the case.  I am writing to you solely to ascertain your position on the request so that we can reflect it in the motion.

I was not entirely sure who else, if anyone, on your side of the case to copy; so please excuse me if, by mistake, I have left any of your colleagues off of this email.

We would like to get the motion filed as soon as possible; so please let us know how to reflect your position in the motion as soon as you can.

Thank you very much,

David

David I. Schoen
Schoen Law Firm, LLC
2800 Zelda Road, Suite 100-6
Montgomery, Alabama  36106

917-941-7952

Cell: 917-941-7952

Schoenlawfirm@gmail.com

DSchoen593@aol.com

David@Schoenlawfirm.com

www.schoenlawfirm.com