**EXHIBIT 1**

Case 2:24-cr-00569-MEMF    Document 147-1    Filed 11/14/25    Page 2 of 3    Page ID #:946

 Gmail

**David Schoen <schoenlawfirm@gmail.com>**

---

## Ignite - Courtesy copy of Motion filed in DC today challenging disgorgement order

**David Schoen** <schoenlawfirm@gmail.com>                                        Wed, Aug 20, 2025 at 6:06 PM
To: "Pang, Jason (USACAC)" <Jason.Pang@usdoj.gov>, david.lachman@usdoj.gov, Nina Marino <Marino@kaplanmarino.com>, Moriah Radin <radin@kaplanmarino.com>
Bcc: Simon Schoen <simon@schoenlawfirm.com>, David Schoen <Schoenlawfirm@gmail.com>

Dear Mr. Pang:

It was nice "meeting" you yesterday over the phone and our discussion was a productive one. During the call, Nina mentioned that we would be filing a motion in the DC case challenging the validity of the disgorgement order. We thought it would be appropriate to provide you with a copy and so please find it attached.

Thank you and take care,

David
David I. Schoen
Schoen Law Firm, LLC
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
917-941-7952
Cell: 917-941-7952
Schoenlawfirm@gmail.com
DSchoen593@aol.com
David@Schoenlawfirm.com
www.schoenlawfirm.com

---

📄 **Bilzerian DC case disgorgement motion from ECF 08202025.pdf**
8053K

 **Gmail**

**David Schoen <schoenlawfirm@gmail.com>**

---

## Ignite - Courtesy copy of Motion filed in DC today challenging disgorgement order

**Pang, Jason (USACAC)** <Jason.Pang@usdoj.gov>       Wed, Aug 20, 2025 at 6:08 PM
To: David Schoen <schoenlawfirm@gmail.com>, "Lachman, David (USACAC)" <David.Lachman@usdoj.gov>, Nina Marino <Marino@kaplanmarino.com>, Moriah Radin <radin@kaplanmarino.com>

---

Thanks.

---

**From:** David Schoen <schoenlawfirm@gmail.com>
**Sent:** Wednesday, August 20, 2025 3:06 PM
**To:** Pang, Jason (USACAC) <Jason.Pang@usdoj.gov>; Lachman, David (USACAC) <David.Lachman@usdoj.gov>; Nina Marino <Marino@kaplanmarino.com>; Moriah Radin <radin@kaplanmarino.com>
**Subject:** [EXTERNAL] Ignite - Courtesy copy of Motion filed in DC today challenging disgorgement order

Dear Mr. Pang:

It was nice "meeting" you yesterday over the phone and our discussion was a productive one. During the call, Nina mentioned that we would be filing a motion in the DC case challenging the validity of the disgorgement order. We thought it would be appropriate to provide you with a copy and so please find it attached.

Thank you and take care,

David

David I. Schoen

Schoen Law Firm, LLC

2800 Zelda Road, Suite 100-6

Montgomery, Alabama 36106

917-941-7952

Cell: 917-941-7952

Schoenlawfirm@gmail.com

DSchoen593@aol.com

David@Schoenlawfirm.com

www.schoenlawfirm.com