UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | **2:24-cr-00569-MCS-1** | Date | June 25, 2026 |
|---|---|---|---|

Title **United States v. Bilzerian**

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Assistant United States Attorney(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO DISMISS (ECF NO. 148) AND TERMINATING MOTIONS IN LIMINE (ECF NOS. 152–156)**

Defendant Paul A. Bilzerian, who is self-represented, filed a motion to dismiss the indictment pursuant to 18 U.S.C. § 3162 on November 11, 2025. (Mot. to Dismiss, ECF No. 148.) The Government shall file any opposition to the motion no later than July 17, 2026. Defendant shall file any reply to the Government's opposition by not later than 14 days after service of that opposition. Thereafter, the matter will be taken under submission.

Separately, the Court directs the Clerk to terminate the motions in limine filed at ECF Nos. 152–156 in light of the Court's order continuing the trial date in this action. (Order Gr. Stip. to Continue 2, ECF No. 174.) Any motions in limine that a party seeks to renew shall be filed by September 2, 2026, consistent with that order. (*Id.*)

**IT IS SO ORDERED.**