| | |
|---|---|
| **From:** | Lachman, David (USACAC) |
| **To:** | Paul Bilzerian |
| **Cc:** | Pang, Jason (USACAC) |
| **Subject:** | RE: [EXTERNAL] Re: United States v. Bilzerian, 2:24-CR-00569-MEMF |
| **Date:** | Wednesday, March 18, 2026 2:50:39 PM |

Mr. Bilzerian,

If you are willing to travel to the United States to be arraigned in the criminal case, the government will facilitate your entry into the country without the need for obtaining a U.S. visa. Please book a direct flight from Robert L. Bradshaw International Airport (SKB) in St. Kitts to John F. Kennedy International Airport (JFK) on April 14, 21, or 28, 2026, and then provide us with your travel confirmation. Prior to your departure, we will arrange for you to obtain the requisite travel documents from the U.S. Embassy in Bridgetown.

If instead you are not willing to travel voluntarily to the United States, or your willingness is conditioned on a decision on any pre-trial motions, please let us know.

Respectfully,

**David Lachman | Assistant United States Attorney**
T: 213.894.5564 | david.lachman@usdoj.gov

---

**From:** Paul Bilzerian <pabilzeria@aol.com>
**Sent:** Wednesday, March 18, 2026 2:23 PM
**To:** Lachman, David (USACAC) <David.Lachman@usdoj.gov>
**Cc:** Pang, Jason (USACAC) <Jason.Pang@usdoj.gov>
**Subject:** [EXTERNAL] Re: United States v. Bilzerian, 2:24-CR-00569-MEMF

Dear Mr. Lachman,

Thank you for your email message.  As Mr. Pang knows, I submitted a visa application on January 19, 2025, to the US State Department Embassy in Barbados and then asked your office to assist me in obtaining approval of the application.

On October 29, 2025, I filed a Notice of Appearance and Demand for a Speedy Trial.  On November 11, 2025, I filed a Motion to Dismiss the Indictment for violation of my right to a speedy trial (at that time the trial was scheduled for January 12, 2026).  That motion is pending and the trial has been rescheduled to October 19, 2026. If my Motion to Dismiss is granted, then there will be no need for me to travel to the United States.  If my Motion to Dismiss is denied and affirmed on appeal, and the trial goes forward, then I will need permission to enter the United States. The easiest and most convenient way for me to enter the United States would be for the government to grant my application for a visa. If that does not happen, I have offered to arrange for the head of Security for St. Kitts to accompany me to Los Angeles, where I can be arraigned, released on my own

recognizance, and fully participate in my trial where I intend to defend myself. Neither of these options will cost the government any money or inconvenience.

Although I will be 76 years old by the time of the scheduled trial, I am in good health, take no medication, and have no physical disabilities, and will not require court-appointed counsel, so I should not be a burden or cost to the United States.

We have seven months before trial to arrange for the visa or to schedule the Head of Security for St. Kitts to accompany me to Los Angeles, should my appearance be necessary in the event my Motion to Dismiss is denied and the government chooses to proceed to trial.  Once again, thank you for reaching out and I look forward to working with you to secure my access to the United States, should it be necessary.

Respectfully,

Paul Bilzerian

On Tuesday, March 17, 2026 at 07:29:58 PM GMT-4, Lachman, David (USACAC) <david.lachman@usdoj.gov> wrote:

> Mr. Bilzerian,
>
> We understand through your court filings and various other communications that you wish to be granted permission to enter the United States to appear as a defendant in the criminal case United States v. Bilzerian et al., 2:24-CR-00569-MEMF.  If that remains your intention, please notify us immediately so that we may facilitate your entry into the United States within the next few weeks.
>
> Please do not hesitate to contact us should you have any questions.
>
> Respectfully,
>
> **David Lachman | Assistant United States Attorney**
> **National Security Division**
> United States Attorney's Office | Central District of California
> 312 North Spring Street | Los Angeles, California 90012
> T: 213.894.5564 | david.lachman@usdoj.gov