# Exhibit 1



**United States Department of State**

*Washington, D.C. 20520*

October 18, 2021

In reply refer to: Case Number – █████████████
CA/PPT/S/L/LE – BILZERIAN, Paul Alec
ALSO KNOWN AS – BILEZERIAN, Paul Alec

FBI Special Agent Craig Schneider
Federal Bureau of Investigations
11000 Wilshire Blvd.                          OCT 1 8 2021
Los Angeles, CA 90024

Dear SA Schneider:

We are responding to your email requesting the release of information from the passport records of Paul Alec Bilzerian also known as Paul Alec Bilezaerian for investigative purposes.

We conducted a search of our records in the name of Paul Alec Bilzerian also known as Paul Alec Bilezaerian and were able to locate one document that appears relevant to your request. After careful review of the document, we have determined that the document may be released in part. Enclosed please find a copy of the following:

> - Certificate of Loss of Nationality of the United States in the name of Paul Alec Bilezerian, approved on April 4, 2019, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

This document is disclosed to your agency in accordance with the provisions of the Privacy Act (5 U.S.C. § 552a(b)(7)) for law enforcement purposes only. Please be advised that the document is protected by the Privacy Act and may only be released by the Department of State. Accordingly, your agency is prohibited from releasing the document to any other agency, department, entity or individual.

-2-

We hope this document will assist your investigation.

Sincerely,

*J. Stribling*
Team Lead
Law Enforcement Liaison Division
Office of Technical Operations
Passport Services

SBU -LAW ENFORCEMENT



U.S. Department of State
BUREAU OF CONSULAR AFFAIRS

00086061-1543

# CERTIFICATE OF LOSS OF NATIONALITY OF THE UNITED STATES

This form is prescribed by the Secretary of State pursuant to Section 501 of the Act of October 14, 1940 (54 Stat. 1171) and Section 358 of the Act of June 27, 1952 (66 Stat. 272).

Embassy/Consulate    **U.S. EMBASSY**    of the United States of America

at    **BRIDGETOWN, BARBADOS**    ss:

I,    Laurie J. Mynatt
      *Name*

hereby certify that, to the best of my knowledge and belief,
      Paul Alec Bilezerian
      *Name*

was born at    Miami    ,    Florida
      *Town or City*    *Province or County*

United States Of America    , on    06-18-1950
      *State or Country*    *Date (mm-dd-yyyy)*

That he/~~she~~ resided/~~never resided~~ in the United States (*Dates*): (birth)██████-1950    to    01-JAN-2011

That: he/~~she~~ resides at    ████ St. ██████████ Frigate Bay, Basseterre, St. Kitts And Nevis    ;

That: he/~~she~~ acquired the nationality of the United States by virtue of _____
Birth

That: he/~~she~~ acquired the nationality of    Armenia    by virtue of
Naturalization on November 15, 2013.

That: he/~~she~~ (The action causing expatriation should be set forth succinctly.) _____

Took the Oath of Renunciation with the intent to renounce U.S. Nationality on January 23, 2019.

That: said expatriating act was performed voluntarily with the intent to relinquish United States citizenship;

That: he/~~she~~ thereby expatriated    him    self on (Date)    01-23-2019    under the provisions of
      *(mm-dd-yyyy)*

Section    INA 349 (a) (5)    of *(The Nationality Act of 1940)* *(The Immigration and Nationality Act of 1952 as amended)*

That the evidence of such action consists of the following:

See below

That attached to and made part of this certificate are the following documents or copies thereof.

Form DS-4080 - Oath of Renunciation;
Form DS-4081 - Statement of Understanding

In testimony whereof, I have hereunto subscribed by name and affixed my office seal this    23rd    day of

January    ,    2019
*(Month)*    *(Year)*

FOIA (b)(6)

[SEAL]

Vice Consul
U. S. Embassy, Bridgetown
      *Title*

**DEPARTMENT USE ONLY**

CERTIFICATE OF
LOSS OF NATIONALITY

APPROVED    04 April 2019
      *(Date)*

Overseas Citizens Services

DEPARTMENT OF STATE

By    CA/OCS/ACS/WHA

*Strikeout inapplicable item.

DS-4083 (Formerly FS-348)
08-2013

SEE PAGE 2 FOR APPEAL PROCEDURES

Page 1 of 2

FOIA (b)(6)

00086061-1544

## ADMINISTRATIVE REVIEW OF A FINDING OF LOSS OF NATIONALITY

The premise established by the administrative standard of evidence is applicable to cases adjudicated previously. Persons who previously lost U.S. citizenship may wish to have their cases reconsidered in light of this policy.

A person may initiate such a reconsideration by submitting a request to the nearest U.S. consular office or by writing directly to:

Director
Office of Legal Affairs
Overseas Citizens Services
(CA/OCS/L)

U.S. Department of State
CA/OCS/L
SA-17, 10th Floor
Washington, D.C. 20522-1707

or via express mail/courier service to

U.S. Department of State
CA/OCS/L
600 19th Street, NW
10th Floor
Washington, D.C. 20431

Each case will be reviewed on its own merits taking into consideration, for example, statements made by the person at the time of the potentially expatriating act.

**For Additional Information, visit www.Travel.State.Gov and see the 'Legal Considerations' section on U.S. Citizenship Laws and Policy.**

DS-4083

Page 2 of 2

00086061-1545



U. S. Department of State

### BUREAU OF CONSULAR AFFAIRS

## OATH/AFFIRMATION OF RENUNCIATION OF NATIONALITY OF UNITED STATES

EMBASSY _____ at

*(Embassy/Consulate)*

BRIDGETOWN, BARBADOS _____ ss:

*(Country)*

I, _____ Paul A. Bilzerian _____ a national of the United States,

Name *(Print Full Name)*

solemnly swear/affirm that I was born at _____ Miami _____

*(City or Town)*

_____ Dade _____ , _____ Florida _____ , on _____ ██████ 1950

*(Province or County)*     *(State or Country)*     Date *(mm-dd-yyyy)*

That I formerly resided in the United States at:

16229 Villarreal de Avila

*(Street Address)*

Tampa, Florida 33613

*(City, State and ZIP Code)*

That I am a national of the United States by virtue of:

[X] Birth in United States or Abroad to U.S. Parent(s)

[ ] Naturalization     Date of Naturalization _____

Date *(mm-dd-yyyy)*

*(If naturalized, give the name and place of the court in the United States before which naturalization was granted.)*

_____

*(Name of Court)*

_____

*(Street Address)*

_____

*(City, State and ZIP Code)*

*I desire and hereby make a formal renunciation of my U.S. nationality, as provided by section 349(a)(5) of the Immigration and Nationality Act of 1952, as amended, and pursuant thereto, I hereby absolutely and entirely renounce my United States nationality together with all rights and privileges and all duties and allegiance and fidelity thereunto pertaining. I make this renunciation intentionally, voluntarily, and of my own free will, free of any duress or undue influence.*

*(Signature)*

Subscribed and sworn/affirmed to before me this ___23___ day of __JANUARY__, __2019__

at the __EMBASSY__     BRIDGETOWN, BARBADOS

*(Embassy/Consulate)*

FOIA (b)(6)

*(Signature of Officer)*

FOIA (b)(6)

**SEAL**

**Vice Consul**

**U. S. Embassy, Bridgetown**

*(Title of Officer)*

*Note: A renunciation of United States nationality/citizenship is effective only upon approval by the U.S. Department of State but, when approved, the loss of nationality/citizenship occurs as of the date the above Oath/Affirmation was taken.*

DS-4080
01-2013

Page 1 of 1

00086061-1546

U. S. Department of State
Bureau of Consular Affairs

## STATEMENT OF UNDERSTANDING CONCERNING THE CONSEQUENCES AND RAMiFICATIONS OF RELINQUISHMENT OR RENUNCIATION OF U.S. CITIZENSHIP

I, _____ Paul A. Bilzerian _____ understand that:

1. I have the right to renounce/relinquish my United States citizenship.

2. I have the intention of relinquishing my United States citizenship.

3. I am exercising my right of renunciation/relinquishment freely and voluntarily without force, compulsion or undue influence placed upon me by any person.

4. Upon renouncing/relinquishing my U.S. citizenship, I will become an alien with respect to the United States, subject to all laws and procedures of the United States regarding entry and control of aliens.

5. If I do not possess the nationality/citizenship of any country other than the United States, upon my renunciation/relinquishment I will become a stateless person and may face extreme difficulties traveling internationally and entering most countries and maintaining a place to reside.

6. If I am found to be deportable by a foreign country, my renunciation/relinquishment may not prevent my involuntary return to the United States.

7. My renunciation/relinquishment may not affect my military or selective service status, if any. I understand that any problems in this area must be resolved with the appropriate agencies.

8. My renunciation/relinquishment may not affect my liability, if any, to prosecution for any crimes which I may have committed or may commit in the future which violate United States law.

9. My renunciation/relinquishment may not affect my liability for extradition to the United States.

10. My renunciation/relinquishment may not exempt me from United States income taxation. With regard to United States taxation consequences, I understand that I must contact the United States Internal Revenue Service. Further, I understand that if my renunciation of United States citizenship is determined by the United States Attorney General to be motivated by tax avoidance purposes, I will be found excludable from the United States under Immigration and Nationality Act, as amended.

11. Upon renouncing/relinquishing my U.S. citizenship, I will no longer be able to transmit U.S. citizenship to my children born subsequent to this act.

12. The extremely serious and irrevocable nature of the act of renunciation/relinquishment has been explained to me by the (Vice) consul _____ FOIA (b)(6) _____ at the American Embassy/Consulate General at __ **Vice Consul** _____ I fully understand its consequences. **U. S. Embassy, Bridgetown**

I ☒ do  ☐ do not   choose to make a separate written explanation of my reasons for renouncing/relinquishing my United States citizenship. I ☒ swear  ☐ affirm  that I have: ☒ read  ☐ had read to me this statement in the _ENGLISH_ language and fully understand its contents.

Former U.S. Citizen's Name (Typed) ___ PAUL BILZERIAN ___

Signature of Former U.S. Citizen ___ Paul A Bilzerian ___

DS-4081
06-2007

Page 1 of 2

00086061-1547

## CONSULAR OFFICER'S ATTESTATION

PAUL BILZERIAN _____ appeared personally and: ☒ read    ☐ had read to him/her

this statement after my explanation of its meaning and the consequences of renunciation/relinquishment of United States

citizenship and signed this statement: ☒ under oath    ☐ by affirmation    before me this ___2 3___ day of
(Day)

JANUARY   2019
(Month)        (Year)

SEAL

FOIA (b)(6)

_____
Consul of the United States of America
FOIA (b)(6)

Vice Consul
U. S. Embassy, Bridgetown

DS-4081                                                                                          Page 2 of 2

00086061-1548

## DECLARATION OF PAUL A. BILZERIAN

I, Paul A. Bilzerian, hereby declare under penalty of perjury under the laws of the United States of America, on this 22nd day of January 2019, that the following is true and correct:

1. I intend to renounce my United States citizenship and intend to take the steps that I believe are necessary to do so at the United States Embassy in Barbados on January 23, 2019.

2. I understand that my renunciation will not be effective until my Certificate of Loss of Nationality is approved by the United States Department of State, which could take six to nine months.

3. I have three federal cases pending in the District of Columbia at the United States Court of Appeals for the District of Columbia; the district court for the District of Columbia; and the United States Court of Federal Claims. I may be required to appear before one or more federal courts at any time until the cases are concluded which is unlikely to occur in the near future.

4. I have an elderly mother-in-law who will turn 90 years old this year and who is not in very good health. She was recently diagnosed with pneumonia in Crosslake, Minnesota.

5. I have two children, two young grandchildren, a 60 year old brother, a 66 year old sister, an elderly uncle nearly 90 years old and in very poor health, several cousins in the seventies, and many other close family relatives all living in the United States.

6. I promise to send my U.S. passport to the United States Embassy in Barbados by Federal Express immediately upon notification that my Certificate of Loss of Nationality has been approved by the United States Department of State. I agree to accept correspondence from the United States Embassy in Barbados by email at pabilzeria@aol.com, including a letter notifying me that my Certificate of Loss of Nationality has been approved by the United States Department of State.

_____
Paul A. Bilzerian

FOIA (b)(6)

Vice Consul
U. S. Embassy, Bridgetown

00086061-1549



U. S. Department of State

BUREAU OF CONSULAR AFFAIRS

OMB NO. 1405-0178
EXPIRES: 12/31/2013
Estimated Burden -15 minutes

## REQUEST FOR DETERMINATION OF POSSIBLE LOSS OF UNITED STATES CITIZENSHIP

The following information is needed to determine your present citizenship status and possible loss of U.S. citizenship. You cannot lose U.S. citizenship unless you VOLUNTARILY perform an act designated by U.S. statute and do so with the intent to relinquish U.S. citizenship. You are advised to consult an attorney before completing this form. If you have any questions about the form, you should discuss them with a member of our consular staff before completing the form. You are requested to complete this form carefully. Use extra paper as needed and attach any supporting documents to this form.

### PART I

| 1. Name (Last, First, MI) | 2. Date of Birth (mm-dd-yyyy) | 3. Place of Birth |
|---|---|---|
| Bilzerian, Paul A. | ▇▇▇▇1950 | Miami, Florida |

| 4. (a) Last U.S. Passport Number | (b) Issued at (Place) | (c) Issued on (Date) (mm-dd-yyyy) |
|---|---|---|
| ▇▇▇▇▇▇ | Washington, DC | 09-30-2015 |

5. If not born in the United States, did you acquire citizenship by birth outside the United States to U.S. citizen parent(s): ☐ Yes ☐ No or Naturalization? (Naturalization petitions prior to 11/29/1990 were submitted to and adjudicated by a court. After that date they were submitted to and adjudicated by INS/USCIS.) ☐ Yes ☐ No

(a) Name of Naturalizing Court/Office _____  (b) Date of Naturalization (mm-dd-yyyy) _____

Dates and Countries of Residence Outside the United States Since Birth

| Date (From) (mm-dd-yyyy) | Date (To) (mm-dd-yyyy) | Country |
|---|---|---|
| 06-01-1963 | 08-01-1964 | France |
| 06-18-1970 | 06-18-1971 | Vietnam |
| 01-01-2011 | 01-23-2019 | St. Kitts |
| | | |
| | | |
| | | |

6. When did you first become aware that you might be a United States citizen (Give Approximate Date)?

June 18, 1950

7. How did you find out that you are a citizen of the United States? (For example, did you always know you were a U.S. citizen? If not, when did you learn about your citizenship? Did someone tell you that you are a U.S. citizen?)

Always

8. Are you a national or citizen of any other country other than the United States?   ☒ Yes  ☐ No

   (a) If yes, of what country?  _____Armenia_____

   (b) If yes, did you acquire that citizenship in the foreign country by

   (i) Birth?   ☐ Yes  ☒ No

   (ii) Marriage?   ☐ Yes  ☒ No

   (iii) Naturalization or registration: if yes, please provide a date (mm-dd-yyyy)  11-15-2013   ☒ Yes  ☐ No

DS-4079 (Formerly FS-581)
12-2011

(If more space is needed, use additional paper)

Page 1 of 5

00086061-1550

(c) If other, explain.

(d) If you checked YES to question 8 (B) part (iii) by what means, or in what kind of proceeding, were you naturalized as a citizen of a foreign state?

My grandparents fled Armenia during the Turkish Genocide which entitled my father and me to become Armenian citizens.

9. Have you taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state? ☒ Yes ☐ No

If yes, please provide a date (mm-dd-yyyy) and country    11-15-2013                        Armenia

(a) If you checked YES to question 8 or 9 or both, what was the nature of the oath you took? What were the words used? If you have a copy of the oath please attach it.

I do not remember but I am sure that, at a minimum, I swore my allegiance to the government of Armenia and pledged to defend it from all enemies, foreign and domestic, just as I did for America when I joined the U.S. Army in 1968..

10. Have you served in the armed forces of a foreign state? ☐ Yes ☒ No

(a) If so, what country?

(b) In which branch of the armed forces did you serve?

(c) Dates of Service (mm-dd-yyyy)

(d) What ranks did you hold?

(e) What was your highest rank?

(f) What responsibilities did you have and what functions and activities were you engaged in?

(g) Did you take an oath? If so, describe the oath. ☐ Yes ☐ No

11. Have you accepted, served in, or performed the duties of any office, post or employment with the government of a foreign state? ☐ Yes ☒ No

(a) If yes, please provide dates of service, country and the job title

(b) What were your duties and responsibilities for each of the foreign government jobs you held?

DS-4079                        (If more space is needed, use additional paper)                        Page 2 of 5

00086061-1551

(c) Did you take an oath, affirmation, declaration or allegiance in connection with the job?  If yes, describe the oath, affirmation, declaration or allegiance.    ☐ Yes    ☐ No

12.  What ties did you have to the country where you performed the act or acts indicated in Questions 8-11?  For example:

(a) Did you maintain a residence?  If yes, please explain    ☐ Yes    ☒ No

(b) Did you own property?  If yes, please explain    ☐ Yes    ☒ No

(c) Do you have family or social ties?  If yes, please explain.    ☒ Yes    ☐ No

I have several dear friends in Armenia and, until the Turkish Genocide, a long family history in Armenia.

(d) Do you vote?  If yes, please explain.    ☒ Yes    ☐ No

I have not voted in the past but I have the right to vote and expect to do so in the future.

(e) What other ties did you have to the country where you performed the act or acts indicated in Questions 8-11?

Most of my ancestors were murdered by the Turkish government and those who weren't were forced to flee Armenia, many of whom came to the United States.

13.  What ties do you retain with the United States?  For example:

(a) Do you maintain a residence?  If yes, please explain    ☐ Yes    ☒ No

(b) Do you own property?  If yes, please explain    ☐ Yes    ☒ No

(c) Do you have family or social ties?  If yes, please explain.    ☒ Yes    ☐ No

I have a wife, two children, two grandchildren, a brother, a sister, many nephews, nieces, a mother-in-law, an uncle, several cousins and many other family members.

(d) Do you vote?  If yes, please explain.    ☐ Yes    ☒ No

I have been denied the right to vote for the past thirty years.

(e) Do you file U.S. income or other tax returns?  If yes, please explain.    ☒ Yes    ☐ No

I file individual personal income tax returns annually.

DS-4079                    (If more space is needed, use additional paper)                    Page 3 of 5

00086061-1552

(f) Do you maintain a profession, occupation, or license in the United States? If yes, please explain.    ☐ Yes    ☒ No

(g) Have you registered your children as citizens of the United States?    ☒ Yes    ☐ No

14. What passport do you use to travel to and from the United States?

US Passport

15. What passport do you use to travel to and from other countries?

Armenian Passport and US Passport

16. Have you renounced your U.S. nationality at a U.S. Consulate or Embassy? If yes, provide a date and place.    ☒ Yes    ☐ No

01-23-2019                    Barbados

17. Describe in detail the circumstances under which you performed the act or acts indicated in Questions 8-16.

I appeared at the U.S. Embassy in Barbados in 2017 and announced my intention to renounce my U.S. citizenship and was told that I had to make a second appointment so that I could adequately consider the serious nature of my renunciation. So I made a second appointment to renounce on January 23, 2019, after giving long and serious consideration to my decision.

18. Did you perform the act or acts voluntarily?    ☒ Yes    ☐ No

(a) If not, in what sense was your performance of the act or acts involuntary?

(b) Did you perform the acts with the intent to relinquish U.S. citizenship? If so, please explain your answer.    ☒ Yes    ☐ No

I am renouncing my citizenship because I have unsuccessfully tried to reverse a wrongful conviction for alleged 13d disclosure violations for the past thirty years. It saddens me to admit that I will never be successful and that my government simply does not want me as a citizen. I have been denied basic Constitutional rights for over a decade with no end in sight.

19. Did you know that by performing the act described in Questions 8-18 you might lose U.S. citizenship? Please explain your answer.

Yes. For over two decades I have been denied the most basic Constitutional rights guaranteed to every American citizen. It has been a long time since I have been treated as a U.S. citizen. In many ways, my U.S. citizenship was taken from me over thirty years ago. I am only taking steps to formalize the reality I have been living for decades. I will always love America even if its government has treated me as an enemy for over three decades - United States of America vs. Paul A. Bilzerian.

20. Your answers on this form will become part of the official record in your case. Before signing this form, you are advised to consider consulting with an attorney, and to read over your answers to make certain that they are as complete and accurate as possible. If you would like to provide additional information you believe relevant to a determination of your citizenship status, and in particular to your intention or lack of intention to relinquish U.S. citizenship, you may attach separate sheets with that information.

If your answer to each of the questions above is "No," please sign below before a Consular Officer at a U.S. Embassy or Consulate. If you answered "Yes", to one or more of questions 8(b)(iii)-11 and your action was completely VOLUNTARY, please continue with PART II.

Subscribed and Sworn

*Paula Bilzerian*

FOIA (b)(6)

[SEAL]

Signature of Consular Officer

DS-4079                    (If more space is needed, use additional paper)                    Page 4 of 5

00086061-1553

21.   You should be aware that under United States law, a citizen may lose U.S. citizenship if he/she voluntarily performs any of the acts specified above in questions 8(b)(iii)-11 with the intent of relinquishing United States citizenship. If you voluntarily performed an act stated above with the intent to relinquish United States citizenship, you may sign Part II of this statement before a Consular Officer at a U.S. Embassy or Consulate. The U.S. Consulate or Embassy will prepare the forms necessary to document your loss of U.S. citizenship.

## PART II

### STATEMENT OF VOLUNTARY RELINQUISHMENT OF U.S. CITIZENSHIP

Subscribed and Sworn

I, _____ Paul A. Bilzerian _____ , performed the act of expatriation indicated in Questions 8-19,

voluntarily and with the intent to relinquish my U.S. citizenship.

*(signature)* Paul A Bilzerian
Signature

FOIA (b)(6)

01-23-2019
Date *(mm-dd-yyyy)*

[SEAL]

_____ Signature of Consular Officer

23 JAN 19
Date *(mm-dd-yyyy)*

## PRIVACY ACT STATEMENT

AUTHORITIES: The information on this form is requested under the authority of 8 U.S.C. 1104, 1481, 1483, 1488, and 1501, and 22 U.S.C. 212. Although furnishing the information is voluntary, applicants may not be eligible for a U.S. passport or for relinquishment or renunciation of U.S. nationality if they do not provide the required information.

PURPOSE: The principal purpose of gathering this information is to determine if the individual performed a potentially expatriating act as defined in 8 U.S.C. 1481 voluntarily and with the intention of relinquishing U.S. nationality.

ROUTINE USES: The information solicited on this form may be made available to foreign government agencies to fulfill passport control and immigration duties, to investigate or prosecute violations of law, or when a request for information is made pursuant to customary international practice. In the event a finding of loss of nationality is made, the information solicited on this form may be made available to other federal entities with law enforcement responsibilities relating to or affected by nationality, including but not limited to the U.S. Citizenship and Immigration Service, the Internal Revenue Service, and the Federal Bureau of Investigation. The information provided also may be released to federal, state or local agencies for law enforcement, counter-terrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies for certain personnel and records management matters.

Paperwork Reduction Act (PRA) Statement

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: A/GIS/DIR, Room 2400 SA-22, U.S. Department of State, Washington, DC 20522-2202.