

### U.S. Customs and Border Protection
### U.S. Department of Homeland Security
### ███ - Person Encounter List

11/14/2025 06:21 EST  Generated By: ███████████  Page 1 of 4

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2018 | 09/30/2024 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
| BILZERIAN* | PAUL | | ███1950 | |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number**  **Sex**  **Citizenship** |
| Not Selected | | | | |

| Person Filter Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Birth Date From** | | **Birth Date To** |
| | | | | |
| **Encounter Date Earliest** | **Encounter Date Latest** | **Encounter Time** | **Carrier Code**  **Carrier Number** | **Inbound-Outbound Direction** |
| | | | | |
| **Encounter Site Location** | **Inspector ID** | **Encounter Lane Type** | **Passenger Status**  **Updated Passenger Status** | **Agency Referred To**  **HitInd** |
| | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILZERIAN | PAUL | ███1950 | P | ████ | 04/17/2019 00:00 | AA | 1236 | O | | | APIS | NOT ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL | ███1950 | P | ████ | 04/11/2019 00:00 | AA | 1236 | O | | | APIS | NOT ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ████ | 03/28/2019 11:55 | AA | 1466 | I | A520 | ████ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ███1950 | P | ████ | 02/26/2019 00:00 | AA | 318 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ████ | 02/09/2019 18:41 | AA | 318 | I | A520 | ████ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ███1950 | P | ████ | 01/13/2019 00:00 | AA | 1236 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL | ███1950 | P | ████ | 12/17/2018 17:22 | *GA | N677FP | I | A522 | ████ | APIS | PASSENGER | | | KFLL | TKPK |



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### ███ - Person Encounter List

11/14/2025 06:21 EST                    Generated By: ████████████                    Page 2 of 4

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILZERIAN | PAUL | ███1950 | P | ███ | 12/09/2018 00:00 | *GA | N677FP | O | | | APIS | PASSENGER | | | TKPK | KMIA |
| BILZERIAN | PAUL | ███1950 | P | ███ | 12/07/2018 10:24 | *GA | N677FP | I | A18C | ███ | APIS | PASSENGER | | | KJAX | TKPK |
| BILZERIAN | PAUL | ███1950 | P | ███ | 12/02/2018 00:00 | AA | 2407 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 11/23/2018 11:46 | AA | 2315 | I | A520 | ███ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 11/07/2018 11:09 | AA | 2676 | I | A794 | ███ | APIS | ON BOARD | | | YYZ | YYZ |
| BILZERIAN | PAUL | ███1950 | P | ███ | 11/07/2018 00:00 | AA | 2407 | O | | | APIS | IN TRANSIT | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 11/04/2018 18:45 | AA | 318 | I | A520 | ███ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ███1950 | P | ███ | 11/04/2018 00:00 | AA | 1246 | O | | | APIS | IN TRANSIT | | | YYZ | MIA |
| BILZERIAN | PAUL | ███1950 | P | ███ | 10/28/2018 00:00 | AA | 2407 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 10/24/2018 18:35 | AA | 318 | I | A520 | ███ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 08/29/2018 17:41 | AF | 694 | I | A354 | ███ | APIS | ON BOARD | | | MSP | CDG |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 08/24/2018 00:00 | AF | 673 | O | | | APIS | ON BOARD | | | CDG | MSP |
| BILZERIAN | PAUL | ███1950 | P | ███ | 08/17/2018 19:53 | AA | 318 | I | A520 | ███ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ███1950 | P | ███ | 08/13/2018 00:00 | AA | 318 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ███1950 | P | ███ | 07/14/2018 18:41 | AA | 318 | I | A520 | ███ | APIS | ON BOARD | | | MIA | SKB |

███████████████████



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**▇▇▇ - Person Encounter List**

11/14/2025 06:21 EST                     Generated By:▇▇▇▇▇▇▇▇▇                     Page 3 of 4

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 06/27/2018 00:00 | AA | 318 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 06/07/2018 11:32 | AA | 1466 | I | A520 | ▇ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 05/26/2018 00:00 | AA | 1701 | O | | | APIS | ON BOARD | | | SKB | CLT |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 05/22/2018 18:41 | AA | 318 | I | A520 | ▇ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ▇1950 | | | 05/22/2018 00:00 | AA | 318 | I | | | APIS | NOT ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 04/18/2018 00:00 | AA | 1236 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 04/15/2018 00:00 | AA | 1236 | O | | | APIS | NOT ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 04/06/2018 15:48 | G7 | 6196 | I | A794 | ▇ | APIS | ON BOARD | | | YYZ | YYZ |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 04/05/2018 00:00 | G7 | 6199 | O | | | APIS | ON BOARD | | | YYZ | MSP |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 04/01/2018 11:52 | AA | 1466 | I | A520 | ▇ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 01/31/2018 00:00 | AA | 318 | O | | | APIS | ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 01/28/2018 18:55 | AA | 318 | I | A520 | ▇ | APIS | ON BOARD | | | MIA | SKB |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 01/16/2018 00:00 | AA | 318 | O | | | APIS | NOT ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL | ▇1950 | P | ▇ | 01/15/2018 00:00 | AA | 318 | O | | | APIS | NOT ON BOARD | | | SKB | MIA |
| BILZERIAN | PAUL ALEC | ▇1950 | P | ▇ | 01/14/2018 14:16 | DL | 2915 | I | A338▇ | ▇ | APIS | ON BOARD | | | YVR | YVR |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### ▓▓▓▓ - Person Encounter List

11/14/2025 06:21 EST                    Generated By: ▓▓▓▓▓▓▓▓▓▓▓▓▓                    Page 4 of 4

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILZERIAN | PAUL ALEC | ▓▓▓1950 | P | ▓▓▓▓ | 01/09/2018 00:00 | OO | 4465 | O | | | APIS | ON BOARD | | | YVR | MSP |
| BILZERIAN | PAUL | ▓▓▓1950 | P | ▓▓▓▓ | 01/03/2018 21:26 | *GA | N701DB | I | A174 | ▓▓▓▓ | APIS | PASSENGER | | | KATL | TKPK |
| BILZERIAN | PAUL | ▓▓▓1950 | P | ▓▓▓▓ | 01/02/2018 00:00 | AA | 318 | O | | | APIS | ON BOARD | | | SKB | MIA |
| **Total Number of Records: 40** | | | | | | | | | | | | | | | | |

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| MIA | MIAMI INTL, FL |
| YVR | VANCOUVER INTL |
| TKPK | TKPK |
| KJAX | KJAX |
| CDG | PARIS, CH. DE GAULLE |
| KFLL | KFLL |
| KMIA | KMIA |
| CLT | DOUGLAS, CHARLOTTE |
| SKB | GOLDEN ROCK |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| MSP | ST PAUL INTL |
| KATL | KATL |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A174 | A174 - CBP-ATLANTA, HARTSFIELD TERM F |
| A18C | A18C - CBP-JACKSONVILLE, INTL AIRPORT |
| A338 | A338 - CBP-VANCOUVER, INTL APT PRE-CL |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A794 | A794 - TORONTO CD, PEARSON, TERM 3 |
| A354 | A354 - CBP-MINNEAPOLIS, LINDBERGH TERMINAL T1 |