Name: Paul Bilzerian

Address: P.O. Box 2086, Basseterre, St. Kitts

Phone Number: (869) 466-8000

Email Address: pabilzeria@aol.com

*Pro Se*

```
┌─────────────────────────────────────┐
│              FILED                   │
│   CLERK, U.S. DISTRICT COURT         │
│   ┌─────────────┐                    │
│   │  7/28/2026  │                    │
│   └─────────────┘                    │
│   CENTRAL DISTRICT OF CALIFORNIA     │
│   BY_____KMA_____DEPUTY              │
│   DOCUMENT SUBMITTED THROUGH THE     │
│ ELECTRONIC DOCUMENT SUBMISSION SYSTEM│
└─────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:24-cr-00569-MCS-1 |
| Paul Bilzerian | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☐ Plaintiff ☒ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: July 27, 2026          Signature: *Paul A Bilzerian*

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

**<u>ATTACHMENT TO APPLICATION FOR PERMISSION FOR ELECTRONIC FILING</u>**

On October 30, 2025, I filed an Application for Permission for Electronic Filing [Dkt 140] ("Application").

On November 4, 2025, Judge Maame Ewusi-Mensah Frimpong denied my Application without explanation [Dkt 142].

I have been given permission to file electronically in numerous federal district and appellate courts for more than a decade without incident.  Indeed, I have ECF access in the parallel civil case in which these same prosecutors are involved. The denial of my Application is the first and only time I have been denied a request for electronic filing.

On November 11, 2025, I filed a Motion to Dismiss the Indictment based on a violation of my right to a speedy trial [Dkt. 148]. No opposition was filed to my Motion to Dismiss, notwithstanding the Court's 14-day deadline for responses to motions.  I also filed a speedy trial demand and request for an Order directing the U.S. Attorney to facilitate my ability to appear before the Court [Dkt. 141]. Judge Frimpong acknowledged my pending motion twice in footnotes but took no action [DKT. 151, n.1; Dkt. 174, n.1].  Accordingly, on June 11, 2026, I filed a Petition for Writ of Mandamus in the Ninth Circuit, based on the denial of my right to a speedy trial (Case No. 26-3774; Dkt. 1].  It is my understanding that the Ninth Circuit has since either transferred my Petition back to this Court (Hon. Mark C. Scarsi) or is waiting for this Court to rule on my Motion to Dismiss.

It is my further understanding that this Court set a schedule for the Government to respond to my motion to dismiss and for me to file a reply.  I also understand that the Government has filed its response.  I did not receive a copy of the Court's Order or the Government's response when they were filed, and I still have not received a copy of either from the Court.  I was surprised that I did not at least receive a copy of the Government's response by email, since Government counsel has communicated with me by email on several occasions. It is my understanding that, because I do not have ECF access, filings are being sent to me by the Court by regular mail.  Mail delivery to St. Kitts, where I am located, can take months or even years to arrive.  Providing me with access to ECF certainly would alleviate this problem and would allow me to get timely notice of events in this case and would enable me to timely respond.

Therefore, I respectfully request the Court to grant my Application, and allow me fourteen days from the date I am given access to ECF to reply to the Government's Opposition to my Motion to Dismiss on Speedy Trial grounds.