UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90
06/26/2026 ZIP 90012
043M31268156
US POSTAGE

Case: 2:24cr569 Doc: 179

Paul A Bilzerian
The Residences
PO Box 2086
Basseterre,
St. Kitts

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 [illegible]
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 15 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2:24CR 569-MCS-1

FILED
CLERK, U.S. DISTRICT COURT
09/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Paul A Bilzerian
Frigate Bay
The Residences
PO Box 2086
Basseterre
St. Kitts
--Case Participants: Nisha Chandran (nisha.chandran@usdoj.gov, rachel.sanchez@usdoj.gov, usacac.criminal@usdoj.gov), David Charles Lachman (caseview.ecf@usdoj.gov, david.lachman@usdoj.gov, usacac.criminal@usdoj.gov), Jennifer Ann Lieser (lieser@kaplanmarino.com, turner@kaplanmarino.com), Nina Marino (marino@kaplanmarino.com, turner@kaplanmarino.com), Jason Christopher Pang (caseview.ecf@usdoj.gov, jason.pang@usdoj.gov, usacac.criminal@usdoj.gov), Moriah S Radin (radin@kaplanmarino.com), David I. Schoen (schoenlawfirm@gmail.com), Simon J. Schoen (simon@schoenlawfirm.com), US Attorney's Office (caseview.ecf@usdoj.gov, usacac.sacriminal@usdoj.gov), Judge Mark C. Scarsi (crd_scarsi@cacd.uscourts.gov)
--Non Case Participants: Ronald N. Richards (ron@ronaldrichards.com), Oliver O Vale (oliver_vale@cacp.uscourts.gov)
--No Notice Sent:
Message-Id:<42932046@cacd.uscourts.gov>Subject:Activity in Case 2:24-cr-00569-MCS USA v. Bilzerian et al Order on Motion in Limine to Exclude Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 6/25/2026 at 2:37 PM PDT and filed on 6/25/2026

| | |
|---|---|
| **Case Name:** | USA v. Bilzerian et al |
| **Case Number:** | 2:24-cr-00569-MCS |
| **Filer:** | |
| **Document Number:** | 179 |

**Docket Text:**
**MINUTES (IN CHAMBERS) by Judge Mark C. Scarsi: ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO DISMISS [148] AND TERMINATING MOTIONS IN LIMINE [152], [153], [154], [155],[156]. Defendant Paul A. Bilzerian (1), who is self-represented, filed a motion to dismiss the indictment pursuant to 18 U.S.C. § 3162 on November 11, 2025. (Mot. to**

**Dismiss, ECF No. 148.) The Government shall file any opposition to the motion no later than July 17, 2026. Defendant shall file any reply to the Government's opposition by not later than 14 days after service of that opposition. Thereafter, the matter will be taken under submission. Separately, the Court directs the Clerk to terminate the motions in limine filed at ECF Nos. 152-156 in light of the Court's order continuing the trial date in this action. (Order Gr. Stip. to Continue 2, ECF No. 174.) Any motions in limine that a party seeks to renew shall be filed by September 2, 2026, consistent with that order. (lc)**

**2:24-cr-00569-MCS-1 Notice has been electronically mailed to:**
Jason Christopher Pang usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jason.pang@usdoj.gov
Jennifer Ann Lieser lieser@kaplanmarino.com, turner@kaplanmarino.com
US Attorney's Office caseview.ecf@usdoj.gov, usacac.sacriminal@usdoj.gov
Nina Marino marino@kaplanmarino.com, turner@kaplanmarino.com
David Charles Lachman usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, david.lachman@usdoj.gov
Nisha Chandran rachel.sanchez@usdoj.gov, usacac.criminal@usdoj.gov, nisha.chandran@usdoj.gov
Simon J. Schoen simon@schoenlawfirm.com
David I. Schoen schoenlawfirm@gmail.com
Moriah S Radin radin@kaplanmarino.com
**2:24-cr-00569-MCS-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Paul A Bilzerian
Frigate Bay
The Residences
PO Box 2086
Basseterre
St. Kitts
**2:24-cr-00569-MCS-2 Notice has been electronically mailed to:**
Jason Christopher Pang usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jason.pang@usdoj.gov
Jennifer Ann Lieser lieser@kaplanmarino.com, turner@kaplanmarino.com
US Attorney's Office caseview.ecf@usdoj.gov, usacac.sacriminal@usdoj.gov
Nina Marino marino@kaplanmarino.com, turner@kaplanmarino.com
David Charles Lachman usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, david.lachman@usdoj.gov
Nisha Chandran rachel.sanchez@usdoj.gov, usacac.criminal@usdoj.gov, nisha.chandran@usdoj.gov
Simon J. Schoen simon@schoenlawfirm.com
David I. Schoen schoenlawfirm@gmail.com
Moriah S Radin radin@kaplanmarino.com
**2:24-cr-00569-MCS-2 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Paul A Bilzerian
Frigate Bay
The Residences
PO Box 2086
Basseterre
St. Kitts
**2:24-cr-00569-MCS-3 Notice has been electronically mailed to:**